IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NISAIAH PERRY,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**CHRISTIAN PFEIFFER, Warden,**<br><br>　　　　　　　　　　Respondent. | Case No. 2:19-cv-01666-TLN-CKD (HC)<br><br>**[~~PROPOSED~~] ORDER** |

　　IT IS HEREBY ORDERED that the time within which respondent is to file a response to this Court's Order filed October 24, 2019, will be extended to February 21, 2020. Petitioner's reply, if any, shall be filed within thirty (30) days from the date the response is filed.

Dated:　December 20, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1